1  Name          _____
2  Bar #         _____
3  Firm          _____
   Address       _____
4                _____
5                _____
   Telephone     _____
6

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

|                      |   |                                  |
|----------------------|---|----------------------------------|
| Plaintiff,           | ) | **Case No.**                     |
| vs.                  | ) | **Corporate Disclosure Statement** |
| Defendant.           | ) |                                  |

This Corporate Disclosure Statement is filed on behalf of _____ in compliance with the provisions of: *(check one)*

\_\_\_\_ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

\_\_\_\_ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

\_\_\_\_ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

\_\_\_\_    No such corporation.

\_\_\_\_    Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  *(Attach additional pages if needed.)*

_____Relationship_____

\_\_\_\_    Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

\_\_\_\_\_   Other(please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this _____ day of _____, _____.

_____
Counsel of Record

Certificate of Service:

- 2 -