IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>vs.<br><br>1-Backpage.com, LLC,<br>2-Website Technologies, LLC,<br>3-Posting Solutions, LLC,<br>4-Amstel River Holdings, LLC,<br>5-Ad Tech BV,<br>6-UGC Tech Group CV,<br><br>             Defendants. | No. CR-18-00465-PHX-SMB<br><br>**ORDER** |

The Court having reviewed the Government's Unopposed Motion to Continue Defendants' Sentencing Hearing, and good cause appearing,

**IT IS ORDERED** granting the Government's Unopposed Motion to Continue Defendants' Sentencing Hearing (Doc. 113).

**IT IS FURTHER ORDERED** continuing the Sentencing from March 29, 2021, to December 14, 2021 at 10:00 a.m.

Dated this 8th day of March, 2021.

Honorable Susan M. Brnovich
United States District Judge