IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-00465-PHX-SMB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Backpage.com, LLC, et al., | |
| Defendants. | |

The parties herein by and through their respective counsel of record have applied to this Court for an order continuing the status conference on the ancillary proceedings presently scheduled for March 22, 2021, and setting a status conference for July 16, 2021, concurrent with the final pretrial conference in the related criminal trial, *United States v. Michael Lacey, et al*. No. CR-18-0422-PHX-SMB.

The Court finds the parties have demonstrated sufficient good cause for a continuance at this time.

**IT IS HEREBY ORDERED** that the Stipulation to Continue (Doc. 115) is **granted** and the status conference on the ancillary proceeding is continued, and a new status conference in this matter is set for July 16, 2021 at 9:00 a.m.

Dated this 18th day of March, 2021.

Honorable Susan M. Brnovich
United States District Judge