IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>v.<br><br>Backpage.com, LLC, et al.,<br><br>                Defendants. | No. CR-18-465-PHX-SMB<br><br>**ORDER CONTINUING STATUS CONFERENCE ON ANCILLARY PROCEEDINGS**<br><br>**Hon. Susan M. Brnovich**<br>**Current Date: July 16, 2021**<br>**Current Time: 9:00 AM** |

The parties herein by and through their respective counsel of record have applied to this Court for an order continuing the status conference on the ancillary proceedings presently-scheduled for July 16, 2021 and setting a status conference for January 11, 2022, following the related criminal trial, United States v. Michael Lacey, et al. No. CR 2:18-422-PHX-SMB.

The Court finds the parties have demonstrated sufficient good cause for a continuance at this time.

**IT IS HEREBY ORDERED** that the current status conference on the ancillary proceeding is continued, and a new status conference in this matter is set for January 11, 2022 at 11:00 a.m. (15 mins allowed), courtroom 506.

Dated this 15th day of July, 2021.

_____
Honorable Susan M. Brnovich
United States District Judge